UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

In re:

Deniece Latrina Bell,                                                        Case No. 20-30313-tnw

Debtor.

### RESPONSE TO DEBTOR'S MOTION TO COMPEL

Now Comes Capital One Auto Finance, a division of Capital One, N.A. ("Respondent"), by it counsel, Evan Lincoln Moscov, and for its Response to Debtor's Motion to Compel, states as follows:

1. Respondent was unaware of the location of the Vehicle until it was served with the Debtor's December 2, 2020 Motion to Compel.

2. Respondent has already assigned the Vehicle for repossession since December 2, 2020.

3. Accordingly, the Vehicle should be retrieved in a prompt manner.

4. Thus, Debtor's Motion to Compel should be denied since Respondent has acted reasonable under the circumstances, the Motion should be moot in short order and the Motion fails to contain specific facts that warrant the granting of a Motion to Compel.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., prays for the entry of an order denying Debtor's Motion to Compel.

/s/ Evan L. Moscov
Evan L. Moscov
Kentucky Bar No. 94835
325 Washington St., Ste. 303
Waukegan, IL 60085
312.969.1977
evan.moscov@moscovlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020 a copy of the foregoing was sent via first class U.S. Mail, postage pre-paid, to the following individual:

DeNiece Latrina Bell
130 Tuscany Ln
Frankfort, KY 40601-3700

I hereby certify that on December 11, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, KY 40504

Beverly M. Burden
PO Box 2204
Lexington, KY 40588

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507




/s/ Evan L. Moscov
Evan L. Moscov